# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE

AMMEX I-SUPPORT INTERNATIONAL CORPORATION, a Washington corporation,

Plaintiff,

vs.

BLUE JAY WIRELESS, LLC, a Texas limited liability company,

Defendant.

Case No. 2:18-mc-00014 RSL

STIPULATED CONFESSION OF JUDGMENT

## JUDGMENT SUMMARY

| | |
|---|---|
| Plaintiff/Judgment Creditor: | Ammex I-Support International Corporation |
| Defendant/Judgment Debtor: | Blue Jay Wireless, LLC |
| Principal Judgment Amount: | $ 479,181.87 |
| Stipulated Attorneys' Fees: | $ 1,500.00 |
| Costs (filing fee): | $ 400.00 |
| **TOTAL:** | $ 481,081.87 |

PRINCIPAL Judgment amount shall bear interest at the rate of 12% per annum.

ATTORNEY'S FEES, COSTS and OTHER recovery amounts shall bear interest at the rate of 12% per annum.

STIPULATED CONFESSION OF JUDGMENT - 1

ROMERO PARK P.S.
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000  Fax: (425) 450-0728

ATTORNEY FOR JUDGMENT CREDITOR: H. Troy Romero, Romero Park P.S., 155-108th Avenue, NE, Suite 202, Bellevue, Washington 98004.

## AUTHORIZATION OF ENTRY OF JUDGMENT

COMES NOW the Defendant Blue Jay Wireless, LLC and hereby agrees, confesses, and stipulates to the entry of the below-joined order, without notice of presentation.

Blue Jay Wireless, LLC

Date: 9/26/17

By: _Gregory Cole_
Its: _General Counsel_

I certify that I know or have satisfactory evidence that _Greg Cole_ is the person who appeared before me, that said person is the authorized representative of Blue Jay Wireless, LLC, and acknowledged that he/she signed this Stipulated Confession of Judgment on oath, that he was authorized to execute the Stipulated Judgment on Blue Jay Wireless, LLC's behalf and acknowledged it to be the free and voluntary act of said LLC for the uses and purposes mentioned herein.

SUBSCRIBED AND SWORN to before me this 26 day of September 2017.

Printed/Typed Name: ROBERT W. YOUNG
NOTARY PUBLIC in and for the State of Texas Washington, residing at Denton County
My commission expires: 3/21/21

ROBERT WARD YOUNG
NOTARY PUBLIC - STATE OF TEXAS
ID# 131061948
COMM. EXP. 03-21-2021

ROMERO PARK P.S.

Date: February 2, 2018

H. Troy Romero, WSBA #19044
Attorney for Plaintiff

## JUDGMENT

THIS MATTER, having come before the undersigned based on the foregoing Stipulated Confession of Judgment and acceptance thereof, the Court having reviewed the same and finding it sufficient within the terms of RCW 4.60.070, and being fully advised, it is hereby

ORDERED, ADJUDGED AND DECREED that Ammex I-Support International Corporation is awarded judgment against Blue Jay Wireless, LLC in the principal sum of $479,181.87 and stipulated attorneys' fees and costs in the amount of $1,900.00

DONE IN OPEN COURT this 6th day of Feb., 2017.

_____
Judge/Court Commissioner

Plaintiff accepts the judgment as herein confessed by Defendant.

ROMERO PARK P.S.

By: _____
H. Troy Romero, WSBA #19044
Attorneys for Plaintiff